UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABDULLAH RENALDO-BEY,

    Plaintiff,

v.                        Case No. 8:12-cv-2351-T-33AEP

TOM FALLON, et al.,

    Defendants.

_____/

**ORDER**

    This cause comes before the Court pursuant to the October 25, 2012, Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 8), in which Judge Porcelli recommends that Plaintiff Abdullah Renaldo-Bey's first construed motion to proceed *in forma pauperis* (Doc. # 2) be denied as moot, Plaintiff's second construed motion to proceed *in forma pauperis* (Doc. # 5) be denied, and Plaintiff's Complaint (Doc. # 1) be dismissed with prejudice. Plaintiff filed what he titles a "Writ / Act of Forgiveness" on October 30, 2012; however, as of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

    After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, the Court adopts the Report and Recommendation. The Court agrees with Judge Porcelli's detailed and well-reasoned findings of fact and conclusions of law.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 8) is **ACCEPTED AND ADOPTED.**

-2-

(2) Plaintiff Abdullah Renaldo-Bey's first construed motion to proceed *in forma pauperis* (Doc. # 2) is **DENIED** as moot.

(3) Plaintiff Abdullah Renaldo-Bey's second construed motion to proceed *in forma pauperis* (Doc. # 5) is **DENIED**.

(4) Plaintiff Abdullah Renaldo-Bey's Complaint (Doc. # 1) is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 20th day of November, 2012.

Copies: All Counsel and Parties of Record

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE